Filed in open court 7/19/06
(ew)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 06- **83M** |
| STEVEN DAVIS HUMES, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice



FILED

JUL 1 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_  Defendant's appearance as required

   ___  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

   ___  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   ___  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ___  At first appearance

   _X_  After continuance of _3_ days or after any competency hearing ordered by the Court.

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _ days (not more than 10) so that the appropriate officials can be notified since:

   1. At the time the offense was committed the defendant was:

      ___  (a) on release pending trial for a felony;

       (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

       (c) on probation or parole for an offense.

2. \_\_ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. \_\_ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 13th ___ day of July , 2006.

       Respectfully submitted,

       COLM F. CONNOLLY
       United States Attorney

BY: _____
       Douglas E. McCann
       Assistant United States Attorney