Filed in open court 7/13/06
cw

# United States District Court

**DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA

V.

STEVEN DAVID HUMES
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 06-83M

Upon motion of the **Government**, it is ORDERED that a **Preliminary Hearing and Detention Hearing** is set for __7/18/06__ * at __12:30 pm.__
                                    Date                                     Time

before __Honorable Joseph J. Farnan, Jr., U.S. District Judge__
Name of Judicial Officer

__844 King Street, Wilmington DE, Courtroom 4B, 4th Floor__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                             Other Custodial Official

and produced for the hearing.

_____                            /s/ Joseph J. Farnan
                Date                                                    Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



FILED
JUL 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE