AO 432 (Rev. 2/84)

Administrative Office of the United States Courts

7/18/06
U.S. v. HOMES
PREL / DET HRG.

**WITNESS AND EXHIBIT RECORD**

| DATE | CASE NUMBER | OPERATOR | | | | PAGE NUMBER |
|---|---|---|---|---|---|---|
| 7/18/06 | 06-83M.MPT | KINCAID | | | | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| DEPUTY USMS WILLIAM DAVID | 12:30p | 12:41p | 12:45p | 12:47 END | JUDGE SLR |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Govt 1 | Copy of Criminal Complaint | NO OBJ | NO OBJ. |
| Govt 2 | Copy of Filing in Case CA 06-59 | NO OBJ | NO OBJ. |

FILED
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE