REDACTED

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06- 85 |
| STEVEN DAVID HUMES, | : |
| Defendant. | : |



FILED

AUG - 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about July 10, 2006, in the State and District of Delaware, STEVEN DAVID HUMES, defendant herein, did knowingly deposit with the United States Postal Service, and caused to be delivered by the United States Postal Service, a communication addressed to another person, to wit, S.B., containing a threat to kidnap persons, to wit, A.S., S.M., T.L., S.J. and J.O., and a threat to injure persons, to wit, A.S., S.M., T.L., S.J. and J.O., in violation of Title 18, United States Code, Sections 876(c).

### COUNT II

On or about July 10, 2006, in the State and District of Delaware, STEVEN DAVID HUMES, defendant herein, did knowingly deposit with the United States Postal Service, and caused to be delivered by the United States Postal Service, a communication addressed to another person, to wit, P.H.., containing a threat to kidnap persons, to wit, A.S., S.M., T.L., S.J. and J.O.,

and a threat to injure persons, to wit, A.S., S.M., T.L., S.J. and J.O., in violation of Title 18, United States Code, Sections 876(c).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Date: August 1, 2006