**GLENN A. ZEITZ, ESQUIRE**
Attorney I.D.: 15930
38 Haddon Avenue
Haddonfield, New Jersey 08033
(856) 795-6660



Attorney for Defendant Steven Humes

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| vs. | : Criminal No.: 06-85 |
| | : |
| | : |
| STEVEN HUMES | : |
| | : |

## NOTICE OF MOTION TO AMEND DEFENDANT'S DETENTION STATUS
## BASED ON A MATERIAL CHANGE OF CIRCUMSTANCES

TO:    Douglass McCann, A.U.S.A.
       United States Attorney's Office –
       District of Delaware
       P.O. Box 2046
       Wilmington, Delaware 19809

PLEASE TAKE NOTICE that on a date to be set by the Court, at 10:00 A.M. in the

forenoon, or as soon thereafter as counsel may be heard, the defendant, STEVEN

HUMES, by and through his attorney, GLENN A. ZEITZ, ESQUIRE will move before the

Honorable Mary Pat Thynge, United States Magistrate Judge, at the United States

Courthouse, Wilmington, Delaware, for the following relief:

1.    For an Order sealing the record.

2.    For an Order amending defendant's detention status to permit bail with any conditions the Court deems appropriate.

Defendant, STEVEN HUMES, will rely upon oral argument together with the attached Memorandum of Law submitted herewith.

RESPECTFULLY SUBMITTED:

Dated: August 10, 2006

GLENN A. ZEITZ, ESQUIRE
Attorney for Defendant Steven Humes

**GLENN A. ZEITZ, ESQUIRE**
Attorney I.D.: 15930
38 Haddon Avenue
Haddonfield, New Jersey 08033
(856) 795-6660

Attorney for Defendant Steven Humes

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| vs. | : Criminal No.: 06-85 |
| | : |
| | : |
| STEVEN HUMES | : |
| | : |

## ORDER

AND NOW, upon consideration of defendant's motion and memorandum of law in support of amending his detention status based on a material change of circumstances; the Government's memorandum of law in opposition to same; and the arguments of counsel;

IT IS ORDERED, this            day of                    , 2006, that defendant's motion is granted.

IT IS FURTHER ORDERED that the record shall be sealed.

BY:

_____