**GLENN A. ZEITZ, ESQUIRE**
Attorney I.D.: 15930
38 Haddon Avenue
Haddonfield, New Jersey 08033
(856) 795-6660

Attorney for Defendant Steven Humes

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Criminal No.: 06-85 |
| STEVEN HUMES | : |

### ORDER

AND NOW, upon consideration of defendant's oral motion to reserve the right to file a motion to transfer this matter pursuant to Federal Rule of Criminal Procedure 21(a) and (d); the Government's response to same; and the arguments of counsel;

IT IS ORDERED, this _16_ day of August, 2006, that defendant's oral motion to reserve the right to file a motion to transfer this matter pursuant to Federal Rule of Criminal Procedure 21(a) and (d) is granted.

IT IS FURTHER ORDERED that any pre-trial motions must be filed by defendant no later than August 24, 2006.

BY:

_____
HON. MARY PAT THYNGE