IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Crim. No. 06-085-SLR |
| STEVEN HUMES, | ) ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 29th day of August, 2006,

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Thursday, September 7, 2006** at **10:45 a.m.**, with the court initiating said call.

2. The time between this order and **September 7, 2006** shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge