**GLENN A. ZEITZ, ESQUIRE**
Attorney I.D.: 15930
38 Haddon Avenue
Haddonfield, New Jersey 08033
(856) 795-6660

Attorney for Defendant Steven Humes

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Criminal No.: 06-85 (SLR) |
| | : | |
| STEVEN HUMES | : | |

_____

## NOTICE OF MOTION TO AMEND CONDITION
## OF PRE-TRIAL RELEASE

TO:   Edmund Falgowski, A.U.S.A.
       United States Attorney's Office
       District of Delaware
       P.O. Box 2046
       Wilmington, Delaware 19809

PLEASE TAKE NOTICE that on September 26, 2006, at 8:30 A.M. or as soon thereafter as counsel may be heard, the defendant, STEVEN HUMES, by and through his attorney, GLENN A. ZEITZ, ESQUIRE will move before the Honorable Mary Pat Thynge, United States Magistrate Judge, at the United States Courthouse, Wilmington, Delaware, for the following relief:

For an Order amending defendant's conditions of pre-trial release to permit defendant to be treated by Grant R. Hasty at least one time per week and by Dr. Elliot Atkins at least one time per month. All other conditions to remain the same

Defendant Steven Humes will rely upon oral argument together with the attached Statement In Support of Motion To Amend Condition of Pre-trial Release attached herewith.

                                              **RESPECTFULLY SUBMITTED:**

Dated: September 20, 2006                    /s/ Glenn A. Zeitz
                                                **GLENN A. ZEITZ, ESQUIRE**
                                                Attorney for Defendant Steven Humes

**GLENN A. ZEITZ, ESQUIRE**
Attorney I.D.: 15930
38 Haddon Avenue
Haddonfield, New Jersey 08033
(856) 795-6660

Attorney for Defendant Steven Humes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
UNITED STATES OF AMERICA         :
                                 :
                                 :
         vs.                     :    Criminal No.: 06-85 (SLR)
                                 :
                                 :
STEVEN HUMES                     :
                                 :
_____

**STATEMENT IN SUPPORT OF DEFENDANT'S MOTION
TO AMEND CONDITIONS OF PRE-TRIAL RELEASE**

**GLENN A. ZEITZ, ESQUIRE**, hereby states as follows:

1.   I represent defendant Steven Humes in the above-captioned matter.

2.   On August 16, 2006, this Court issued an Order requiring, inter alia, that Mr. Humes "be seen by Dr. [Elliot] Atkins no less than once a week". Dr. Atkins fee for a one-hour visit is $300.00.

3.   For financial reasons, Mr. Humes and his family would like him to receive the majority of his treatment from Grant R. Hasty who is a clinical social worker at Red Lion

Christian Counseling Center; a copy of Mr. Hasty's resume is attached hereto as Exhibit A. Mr. Hasty's fee for a one-hour visit is $30.00.

4. Both Dr. Atkins and Mr. Hasty will share information and participate concerning Mr. Humes' mental health condition. Dr. Atkins will see Mr. Humes at least one time each month and will prepare a status report based on his personal observations and those of Mr. Hasty.

5. Mr. Humes and his family have limited financial resources which must be allocated for defense investigation and preparation. The family and Mr. Humes have retained private counsel, an investigator, and may need to consult with and retain other experts in this matter.

6. Mr. Humes respectfully requests that he be permitted to treat with Mr. Hasty at least once a week and with Dr. Atkins at least once a month.

**RESPECTFULLY SUBMITTED:**

Dated: September 20, 2006         /s/ Glenn A. Zeitz
**GLENN A. ZEITZ, ESQUIRE**
Attorney for Defendant Steven Humes

# REV. GRANT R. HASTY M.DIV, LCSW

## HIGHLIGHTS OF QUALIFICATIONS

- 18 years of pastoral ministry as an Associate Pastor of Student and Family Ministries.
- 12 years of divorce recovery group therapy and individual therapy to youth and children going through loss through divorce.
- 18 years of working in and with local schools in grief counseling.
- 2 years of Crisis Response Team Intervention (tragic death counseling team).
- A passion to help and minister to people, especially those with deep needs, was my motivation to receive an MSW for counseling while working as a pastor.
- 18 years of pastoral counseling and 5 years as a professional counselor in private practice.
- 4 years on the staff of Red Lion Evangelical Free Church as Red Lion Christian Counseling Center Director.
- Over 5 years as a hospice chaplain.

## EXPERIENCE

**February, 2001– Currently      Compassionate Care Hospice      Wilmington, DE**
*Chaplain (and as needed Social Worker)*
- Provide end of life spiritual care and counsel for terminally ill patients and their families on hospice care.
- Conduct funeral services as requested.
- Conduct/direct memorial services.
- Provide bereavement counseling and follow up to patient's families in conjunction with bereavement counselor.
- Provide spiritual support and counseling to team members at their initiation or when they are required through administration.
- To be a team player who serves our patients and team.

**January 2002– Currently      Red Lion Christian Counseling Center      Bear, DE**
*Director, Counselor/Therapist*
- Develop and manage a non-profit counseling center.
- Provide counseling/psychotherapy for individual, marriage, and adolescent in all areas of mental health, substance abuse and bereavement.
- Currently carrying a case load of 20-30 clients – 4 nights a week.

**October, 2001– February, 2002   Safe Harbor Christian Counseling   Wilmington, DE**
*Counselor/Therapist*
- Counseling for individual, marriage, and adolescent in all areas of mental health, substance abuse and bereavement.
- Full time: carried a case load of 35-40 clients

**June, 1996– October, 2001   Bethel Baptist Church         Jackson, MI**
*Associate Pastor of Student Ministries*
- Developed, supervised and ran all ministries to families with youth 6th grade through college.

- Counseling youth and their parents as needed through problems such as death, divorce, self-image, date rape, suicide, bulimia, school misconduct, ADD and ADHD and other common family relationship conflicts and problems.
- Counseling college youth with alcohol dependency issues and career direction.
- Counseling individuals and families outside of church families as referred by others in the church and community.
- On Call Crisis Intervention – I was called in to work with the student body by the school administration when tragedies (death of a student) occurred in the schools to work with grieving kids.

October 2000 – April 2001   Wedgwood Christian Youth and Family Services   Ann Arbor, MI

*Internship as Youth and Family Therapist*

- Counseling youth and their families in a residential center referred through local Community Mental Health Organizations and schools.
- Family Empowerment therapist - weekly counseling sessions with youth and a weekly session with that youth and family. I was also involved with each family in weekly activity therapy session.
- Crisis Residential therapist involved with youth for 2-4 week stays involving 2 weekly sessions and one family session to stabilize adolescent and family.
- Chaplain/Spiritual Counsel to residential staff as needed.
- Secondary therapist to males in center who were on female therapist case loads.
- Worked in the middle schools and high schools for academic and behavioral needs.

January 1999 – July 1999   Starr Commonwealth   Jackson, MI

*Internship as a Youth Specialist/Counselor in Schools and Community/Youth Diversion*

- Counseling students in middle school and high school from probate court referrals, school referrals and walk ins with legal, behavioral, academic and family issues.
- 16 hours a week, assigned to 1 Middle School, 1 High School and inner city counseling center.
- Carried a case load of 18 families with youth per week.

February 1994 – February 1995:   Ward Church   Livonia, MI

*Pastor and Director of Student Ministries*

- Direct and oversee all ministry activities of a 700 member Student Ministry. This consisted of 7th grade through College. There were 4 full time staff and one part time intern reporting to me and a budget of $70,000.
- Full time staff: Jr. High Director, Business Administrator, College Director, Secretary
- Part time staff: Female Program Intern.
- Direct Responsibilities include pastoring, teaching, leadership and development of Sr. High ministry (9-12th grade) consisting of 400 teens & 300 college and their families. This involves vision casting, program development, training and directing a large volunteer staff team, and pastoral counseling.

2

<u>May 1991 – May 1993</u>    202 Alternative Teen Center    Wilmington, DE
*Founder/Director*

- Founded, developed and supervised a teen activity center to youth 6th grade through 12th grade at Springer School in North Wilmington.
- Directed an all volunteer staff of 30 individuals and 5 youth pastors from 10 different churches.
- Development of funds, programs and community endorsements.

<u>June 1986-February 1995</u>    Brandywine Valley Baptist Church    Wilmington, DE
*Associate Pastor of Student Ministries*

- Developed and supervised all ministries to families of youth 6th grade through 12th grade.
- Counseling youth and their parents/families as needed through problems such as bereavement, divorce, self-image, date rape, drugs, suicide, bulimia, school misconduct, ADD and ADHD, common family relationship conflicts as well as other common adolescent conflicts and problems and premarital counseling. I worked with the families and schools to resolve youth needs.
- Conducted divorce recovery group therapy and seminars for youth and children.

## EDUCATION

March, 2004    **Passed State of Delaware exam and received LCSW**

1997–2001    Eastern Michigan University    Ypsilanti, MI
- **MSW Masters of Social Work** — Mental Illness & Chemical Dependency

March, 2001    Washtenaw County Community Partnership    Ypsilanti, MI
- Substance Abuse and Teens: The Challenge for Professionals Conference— 8 hours.

1999–2000    Michigan State University    East Lansing, MI
- **MSW School Social Work Competency** Series for school social work license.

April, 1985    Dr. G. Keith Olson    Atlanta, GA
- Counseling Teenagers Conference — 8 hours.

1993 **Ordained** Brandywine Valley Baptist Church    Wilmington, DE

1981–1984    International School of Theology    San Bernardino, CA
- **Masters of Divinity (M.Div.)** — Pastoral Studies and Family Care
- Independent, interdenominational/interfaith seminary

1976–1980    Michigan State University    Lansing, MI
- **Bachelor of Arts** — Criminal Justice & Psychology

## VOLUNTEER EXPERIENCES

- 2002 to 2005 currently volunteer youth leader team member Red Lion Student Ministry and Singer for Worship Team. Trainer for lay ministry counseling ministry.

3

- 2001 to 2002: Youth leader for Jr. High ministries Pike Creek Bible Church.
- 1987-1999: City Team Inter-city Mission, team leader of students taken in to work with Asian refugees that come into the country each summer for 2-6 weeks.
- 1991-1993: "202 Alternative" Teen Center, Founder, Director, all volunteer 50-200 teens.
- 1988-1992: Mission of Hope, Wilmington, DE. Volunteer, took teams of teens to feed and clothe needy in the cities of Delaware. Also repaired and worked on their boy's camp regularly.
- 1982 - June to August: Cross-cultural internship, Kadavu, Fiji, working with teens on a remote island teaching Bible and doing evangelism.
- 1982 - Awarded, Outstanding Young Man of America for my work with tribal youth in Kadavu, Fiji with youth.

## INTERESTS

Music, singing, strength training - health and fitness, golf, and computers.

References furnished upon request



**GLENN A. ZEITZ, ESQUIRE**
Attorney I.D.: 15930
38 Haddon Avenue
Haddonfield, New Jersey 08033
(856) 795-6660

Attorney for Defendant Steven Humes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| vs. | : | Criminal No.: 06-85 (SLR) |
| STEVEN HUMES | : | |

_____

**ORDER**

AND NOW, upon consideration of defendant's motion and statement in support of amending his conditions of pre-trial release; the Government's memorandum of law in opposition to same; and the arguments of counsel;

IT IS ORDERED, this            day of                      , 2006, that defendant's motion is granted.

BY:

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of Defendant's Notice of Motion to Amend Bail Conditions has been delivered electronically to the following:

>Edmund Falgowski, A.U.S.A.
>United States Attorney's Office
>District of Delaware
>P.O. Box 2046
>Wilmington, Delaware 19809

Dated: September 20, 2006         /s/ Glenn A. Zeitz
                                  GLENN A. ZEITZ, ESQUIRE
                                  Attorney for Defendant Steven Humes