**GLENN A. ZEITZ, ESQUIRE**
Attorney I.D.: 15930
38 Haddon Avenue
Haddonfield, New Jersey 08033
(856) 795-6660

Attorney for Defendant Steven Humes

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Criminal No.: 06-85 (SLR) |
| STEVEN HUMES | : |

### ORDER

AND NOW, upon consideration of defendant's motion and statement in support of amending his conditions of pre-trial release; the Government's *non-opposition to defendant's motion and Pretrial Services recommendation*; ~~memorandum of law in opposition to same; and the arguments of counsel~~;

IT IS ORDERED, this _26_ day of _September_, 2006, that defendant's motion is granted.

BY: _____

FILED
SEP 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE