IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-085-SLR |
| ) | |
| STEVEN HUMES, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 3rd day of October, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Tuesday, October 10, 2006** at **4:00 p.m.**, with the court initiating said call.

_____
United States District Judge