IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,           )
                                )
      v.                         )  Crim. No. 06-085-SLR
                                )
STEVEN HUMES,                    )
                                )
            Defendant.           )

**O R D E R**

At Wilmington this  *11th*  day of October, 2006,

IT IS ORDERED that a telephonic status conference is
scheduled for **Wednesday, November 1, 2006** at **9:00 a.m.**, with the
court initiating said call.

_____
United States District Judge