Filed in open Court
FmT 11/20/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-85-SLR |
| ) | |
| STEVEN DAVID HUMES, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count I

On or about July 10, 2006 in the State and District of Delaware, Steven David Humes, defendant herein, did knowingly deposit with the United States Postal Service, and caused to be delivered by the United States Postal Service, a communication addressed to another person, to wit, S.B., containing a threat to injure persons, to wit, A.S., S.M., T.L., S.J., and J.O., in violation of Title 18, United States Code, Section 876(c)

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 10-20-06