IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-85-SLR |
| | ) | |
| STEVEN DAVID HUMES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 20th day of November, 2006, having conferred with the parties;

IT IS ORDERED that defendant's conditions of release pending sentencing shall be modified as follows:

1. Defendant shall be permitted to resume his residency with his family in Delaware at ███████████, Bear, Delaware ███.

2. The conditions of release relating to visitation and electronic monitoring are withdrawn.

3. Supervision will be retained by the United States Probation and Pretrial Services Office for the District of

Delaware.

4. All other conditions outlined in the court's previous orders (D.I. 20, 28) shall remain in effect.

_____
United States District Judge